This matter having been duly presented to the Court, it is ORDERED that the petition for reinstatement is granted.

582 A.2d 1265

IN THE MATTER OF MORRIS J. STERN, AN
ATTORNEY AT LAW.

December 26, 1990. .

ORDER

This matter having been duly presented to the Court, it is ORDERED that the petition for reinstatement is granted; subject, however to the condition that respondent shall submit an annual certified audit of his trust account records for the calendar years 1990, 1991 and 1992, said audits to be filed with the Office of Attorney Ethics within 30 days of the conclusion of each year.